# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2917
LT Case No. 2024-CA-621

_____

ALEKSEI ALEKSEEV,

    Appellant,

    v.

EKATERINA DEREVLEVA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
Kenneth James Janesk, II, Judge.

Bruce Prober, of Law Offices of Bruce Prober, P.A., Fort Lauderdale, for Appellant.

Andrew M. Bonderud and Austin M. M. Kwikkel, of The Bonderud Law Firm, P.A., Jacksonville, for Appellee.


November 25, 2025


PER CURIAM.

    AFFIRMED.


MAKAR, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____